# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| ATAIN SPECIALTY INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. 1:23-cv-00544-RDB |
| CARIBBEAN CRESCENT, INC.; *et al.*, | ) ) ) |
| Defendants. | ) ) |

## ORDER GRANTING ATAIN SPECIALTY INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT AND FINAL JUDGMENT

THIS MATTER having come before the Court on the Plaintiff, Atain Specialty Insurance Company's Motion for Summary Judgment (Dkt. 30), due notice having been given and the Court, being advised there is no opposition to Atain's motion, ORDERS that Atain's motion should be GRANTED. The Court enters final judgment in favor of Atain and declares that Atain has no obligation to defend or indemnify Caribbean Crescent, Inc. for the lawsuit filed against Caribbean Crescent by Nathaniel Bagley and Jamison Johnson, in Circuit Court of Baltimore County, Case No. 24C22004448, with the parties' agreeing to bear their own attorney's fees and costs.

DONE and ORDERED in Chambers in Baltimore, Maryland this 1st day of November, 2023.

/s/ - Richard D. Bennett
UNITED STATES DISTRICT JUDGE

Copies furnished to all parties via the CM/ECF system

4887-7275-4572, v. 1